## Commonwealth *v.* Robinson, Appellant.

Argued March 21, 1974. *John W. Packel,* Assistant Defender, with him *Leonard Sosnov,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James Garrett,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ruffin, Appellant.

Argued March 20, 1974. *David C. Rosen,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine Stotland,* with her *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.